1  MATTANIAH EYTAN (State Bar No. 68561)
   LAW OFFICES OF MATTANIAH EYTAN
2  21 Tamal Vista Blvd, Suite 219
   Corte Madera, CA  94925
3  Telephone:  (415) 399-1000
   Facsimile:  (415) 399-1088
4
5  Attorneys for Plaintiff
   FREDRICK LOUIS

```
                                FILED
                              JUL 2 6 2005
                            RICHARD W. WIEKING
                         CLERK, U.S. DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
```

8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11
12  FREDRICK LOUIS, an individual,   )   Case No.  C-05-02162 MPH
                                     )
13            Plaintiff,             )   STIPULATION OF DISMISSAL
                                     )
14     v.                            )   [FRCP 41(a)(1)]
                                     )
15  OPENWAVE SYSTEMS, INC.           )
                                     )
16            Defendant.             )
                                     )
    _____    )

17

18       IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of
19  Civil Procedure, Rule 41(a)(1), by and between Plaintiff Fredrick Louis and Defendant
20  Openwave Systems, Inc., as follows:
21       1. Plaintiff commenced this action by filing a complaint on May 26, 2005.
22       2. This action is not a class action; a receiver has not been appointed; and this
23  action is not governed by any statute of the United States that requires an order of the
24  court for dismissal.
25  ///
26

STIPULATION OF DISMISSAL
\\Orion\fileserv\NEW DOK\LOUIS\dismissal2.wpd        1

1  3. The action is hereby dismissed, in its entirety, with prejudice.

2  4. Each party shall bear its own costs and attorneys fees incurred in this action.

Date: July 13, 2005          By:    /s/
                                    Mattaniah Eytan
                                    Attorney for Plaintiff
                                    FREDRICK LOUIS

Date: July 13, 2005          By:    /s/
                                    Rodney B. Sorensen
                                    Attorney for Defendant
                                    OPENWAVE SYSTEMS, INC.

7/25/05

IT IS SO ORDERED

DISTRICT JUDGE

STIPULATION OF DISMISSAL

\\Orion\fileserv\NEW DOK\LOUIS\dismissal2.wpd          2

3. The action is hereby dismissed, in its entirety, with prejudice.

4. Each party shall bear its own costs and attorneys' fees incurred in this action.

Date: July 13, 2005        By: _____
                                Mattaniah Eytan
                                Attorney for Plaintiff
                                FREDRICK LOUIS

Date: July 13, 2005        By: _____
                                Rodney B. Sorensen
                                Attorney for Defendant
                                OPENWAVE SYSTEMS, INC.

STIPULATION OF DISMISSAL
G:\NT\WIXOK\LOUIS\dismissal2.wpd

2